UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ED CR 06-72 VAP |
| | ) | |
| Plaintiff, | ) | AMENDED |
| v. | ) | JUDGMENT AND COMMITMENT |
| | ) | ORDER FOLLOWING |
| DONNA HANSS, | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

On Thursday, January 10, 2008, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on September 19, 2007. Appearing on behalf of the Defendant was appointed counsel, William Domnarski, appearing on behalf of the Government was Assistant United States Attorney Antoine Raphael. Also present was Probation Officer Sharon Summers.

The Defendant after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One and Three. The Government moved the Court to dismiss each of allegation Nos. Two and Four. SO ORDERED.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California on April 16, 2007. The Court ORDERS the Judgment and Probation/Commitment Order revoked, vacated and set aside.

It is adjudged that Defendant, DONNA HANSS, is hereby reinstated on supervised release as previously imposed on April 16, 2007, with the following additional condition:

1  The Defendant shall participate for a period of three(3) months in a home detention program,
2  which includes electronic monitoring and shall observe all rules of such program, as directed by the
3  Probation Officer.  The cost of the electronic monitoring is ordered waived.
4  The drug testing condition mandated by statute is suspended.
5  All other terms and conditions previously imposed in the Judgment and Commitment Order
6  dated April 16, 2007, shall remain in effect.
7  The Defendant is informed of her right to appeal.

9  IT IS SO ORDERED.

11  Date  March 5, 2008

   _____
   VIRGINIA A. PHILLIPS
   United States District Judge

   SHERRI R. CARTER, CLERK

   By: M. Dillard
        Marva Dillard, Courtroom Deputy